IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARVIN BRYANT**                                                                                  **PLAINTIFF**

v.                                         Case No. 4:11-cv-00672-KGB

**JOSEPH TARVER, ALLEN WILLIAMS,
SANDRA VAIL, and DAVID MILLAY,**
all in their individual and official capacities
as employees of UALR, a division of the
**UNIVERSITY OF ARKANSAS SYSTEM**                                        **DEFENDANTS**

## JUDGMENT

The Court hereby enters judgment consistent with the Opinion and Order that was entered on this day. Plaintiff Marvin Bryant's official-capacity claims for prospective injunctive relief under 42 U.S.C. §§ 1983 and 1981 are dismissed with prejudice. Mr. Bryant has withdrawn his individual-capacity claims under 42 U.S.C. §§ 1983 and 1981 against defendants David Millay and Sandra Vail. Mr. Bryant's remaining individual-capacity claims under 42 U.S.C. §§ 1983 and 1981 against defendants Allen Williams and Joseph Tarver are dismissed with prejudice.

SO ORDERED this the 29th day of March, 2013.

_____
Kristine G. Baker
United States District Judge